UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RICARDO TREVINO, JOE DERRICK §<br>SILOS and RICARDO OLIVAREZ, JR. §<br>       PLAINTIFFS, §<br>§<br>V.                                §<br>§<br>COLT OILFIELD SERVICES, LLC, §<br>and EDDIE AGUILAR            §<br>       DEFENDANTS.            § | Civil Action 5:19-cv-00474-DAE<br>Jury Demanded |

## ORDER

Came on this day for consideration the Joint Stipulation of Dismissal with Prejudice as to all Plaintiffs in the above-referenced matter. After due consideration of the Stipulation, this Court is of the opinion that the Stipulation of Dismissal as to all Plaintiffs should be in all things GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff Ricardo Trevino's, Plaintiff Joe Derrick Silos' and Plaintiff Ricardo Olivarez, Jr.'s lawsuit against Defendants Colt Oilfield Services, LLC and Eddie Aguilar is hereby dismissed with prejudice, with each party bearing its own costs and attorney's fees.

All relief not granted herein is expressly denied.

SIGNED _____8_____ day of _____July_____, 2019.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE